UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: _____

Donahue, John M
_____
Plaintiff(s)

v.

City of Hialeah
_____
_____
_____
Defendant(s)

FILED BY SAS D.C.
AUG 21 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA - MIAMI

# Complaint
(TITLE OF DOCUMENT)

I, Lt. John M Donahue, plaintiff or defendant, in the above styled cause, Disability and age discrimination which stems from a line of duty injury while serving as a lieutenant with the City of Hialeah Fire Department.

On November 8, 2015 I was injured in the line of duty during extrication of a drunk driver who had a rollover accident on I-75. I was airlifted to Ryder Trauma Center where I waited for days to get surgery. After being out of work for 50 weeks I was contacted and told to return to work in a light duty status. I was never contacted regarding a job title. There was never an interactive process to give me an actual job position. I was never given a reasonable accommodation with equal employee benefits like all other employees. I was put in a hostile work environment in an attempt to get me to retire because of my age and years of service. This form of retirement would deny me of benefits for the rest of my life.

I have made several good faith attempts to resolve this matter including human resources, Fire Chief and Mayor Carlos Hernandez. The unfair treatment, retaliation and harrassment for filing a complaint has been severe. Instead of attempting to resolve the issues the city has treated me with distain and threats of termination. I am seeking a resolution that will stop the pattern of discriminatory practices that have been taken upon me and other employees as well.

Certificate of Service

I, John M. Donahue, certify that on this date August 21, 2019 a true copy of the foregoing document was mailed to: City of Hialeah
name(s) and address(es)
501 Palm Avenue, Hialeah Florida, 33010

By:
John M Donahue
Printed or typed name of Filer

Signature of Filer
John M. Donahue

firefly13245@AOL.com
E-mail address

Florida Bar Number

(786) 394-3536
Phone Number

Facsimile Number

13120 SW 93 Place, Miami Florida, 33176
Street Address

Miami Florida, 33176
City, State, Zip Code

EEOC Form 161-B (11/16)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| To: | John M. Donahue<br>13120 SW 93 Pl<br>Miami, FL 33176 | From: | Miami District Office<br>Miami Tower, 100 S E 2nd Street<br>Suite 1500<br>Miami, FL 33131 |
|---|---|---|---|

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 510-2019-02241 | ROEL J. RITFELD,<br>Federal Investigator | (305) 808-1812 |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

[ ] More than 180 days have passed since the filing of this charge.

[ ] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[ ] The EEOC is terminating its processing of this charge.

[ ] The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case**:

[X] The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS of your receipt of this Notice**. Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ] The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

*Nitza Santa Wright*

Michael J. Farrell,
District Director

**MAY 22 2019**
*(Date Mailed)*

Enclosures(s)

cc: **Respondent Representative**
William M. Grodnick, Esq.
CITY OF HIALEAH
501 Palm Avenue'4th Floor
Hialeah, FL 33010



U.S. Department of Justice
Civil Rights Division

NOTICE OF RIGHT TO SUE WITHIN 90 DAYS

**CERTIFIED MAIL**
7018 1830 0000 1246 5437

*950 Pennsylvania Avenue, N.W.*
*Karen Ferguson, EMP, PHB, Room 4701*
*Washington, DC 20530*

May 22, 2019

Mr. John M. Donahue
13120 SW 93rd Place
Miami, FL 33176

Re: EEOC Charge Against City of Hialeah, et al.
   No. 510201902241

Dear Mr. Donahue:

   Because you filed the above charge with the Equal Employment Opportunity Commission, and the Commission has determined that it will not be able to investigate and conciliate that charge within 180 days of the date the Commission assumed jurisdiction over the charge and the Department has determined that it will not file any lawsuit(s) based thereon within that time, and because you have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action under Title I of the Americans with Disabilities Act of 1990, 42 U.S.C. 12111, et seq., against the above-named respondent.

   If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice. If you cannot afford or are unable to retain an attorney to represent you, the Court may, at its discretion, assist you in obtaining an attorney. If you plan to ask the Court to help you find an attorney, you must make this request of the Court in the form and manner it requires. Your request to the Court should be made well before the end of the time period mentioned above. A request for representation does not relieve you of the obligation to file suit within this 90-day period.

   The investigative file pertaining to your case is located in the EEOC Miami District Office, Miami, FL.

   This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

                                        Sincerely,

                                        Eric S. Dreiband
                                        Assistant Attorney General
                                        Civil Rights Division

                                        by  *Karen L. Ferguson*
                                            Karen L. Ferguson
                                        Supervisory Civil Rights Analyst
                                        Employment Litigation Section

cc: Miami District Office, EEOC
    City of Hialeah



**CERTIFIED MAIL**

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _MM_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br>Donahue<br>wolfolo | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 4092 8092 5274 02 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Ar...   7018 1830 0000 1246 5437 | ☐ ... ry Restricted Delivery<br>tricted Delivery<br>(over $500)   5.22.19 |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

USPS TRACKING #

9590 9402 4092 8092 5274 02

United States Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

Jessica A. Weeks, Equal Opportunity Assistant
Department of Justice, CRD, ELS
950 Pennsylvania Avenue N.W.
Suite 4239, PHB
Washington, DC 20530

CERTIFIED M